AO 442  (Rev. 01/09)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>1. SOLOMON BEN-TOV COHEN,<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.   10-cr-00091-REB<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     SOLOMON BEN-TOV COHEN                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❐ Superseding Indictment        ❐ Information        ❐ Superseding Information        ❐ Complaint

❐ Probation Violation Petition        ❐ Supervised Release Violation Petition        ❐ Violation Notice        ❐ Order of the Court

This offense is briefly described as follows:
  Refusal to Apply for Documents for Deportation in Violation of Title 8 U.S.C., Section 1253(a)(1)(B).

Date:   02/10/2010                                            s/KTriplett
                                                      *Issuing officer's signature*

City and state:     Denver, Colorado                           Greg Langham, Clerk
                                                      *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br><br>                                          *Arresting officer's signature*<br><br><br>                                          *Printed name and title* |