AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1. SOLMON BEN-TOV COHEN, | ) | Case No. 10-cr-00091-REB |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SOLOMON BEN-TOV COHEN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
Refusal to Apply for Documents for Deportation in Violation of Title 8 U.S.C., Section 1253(a)(1)(B).

Date:  02/10/2010                                                                s/KTriplett
                                                                        _Issuing officer's signature_

City and state:    Denver, Colorado                                        Greg Langham, Clerk
                                                                        _Printed name and title_

| **Return** |
|---|
| This warrant was received on *(date)* _2·16·10_ , and the person was arrested on *(date)* _2·17·10_ at *(city and state)* _Centennial, CO._ . |
| Date: _2·17·10_                                           _Arresting officer's signature_ |
| for Jeff Hamilton, DO, ICE |
| _Printed name and title_ |