IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 OCT 13 PM 1:43

GREGORY C. LANGHAM
CLERK

BY_____ DEP CLK

Criminal Action No 10-cr-00091-REB

UNITED STATES OF AMERICA

　　　　Plaintiff

v

SOLOMON BEN-TOV COHEN
　　　　Defendant

Before: Honorable Robert E Blackburn, US District Judge

_____

# APPEAL TO US DISTRICT JUDGE
_____

Defendant Solomon B Cohen

respectfully appeals order of

US magistrate Judge Kathleen Tafoya

denying:

　　I. Motion for appointment of substitute
　　　　counsel;

　　II. Motion for Adderall (generic) for ADHD,

1

I. <u>US Magistrate judge acted without jurisdiction.</u>

There is nothing in the record that Defendant has seen, showing that his motions were referred by trial district judge to US Mag Judge Hon Kathleen Tafoya.

II. <u>If US Magistrate judge had jurisdiction she exceeded her authority.</u>

Defendant argues that orders are dispositive bec of a claim or defense that (motions) concerns medication and suppression of evidence filed by Tatum against his client.

2.

## JURISDICTION

Assuming arguendo that:-

(i) US Magistrate Judge had jurisdiction

(ii) the matter is non-dispositive

This appeal/objections is authorized under Federal Rules of Criminal Procedure Rule 59 (a) which states:

"[T]he district judge must consider timely objections and modify or set aside any part of the order that is contrary to law or clearly erroneous."

Defendant argues that he is entitled to have his motions ruled on de novo by honorable district judge.

3

During Hearing 10/05/10  bfr Hon Kathleen Tafoya
                                                   US Mag Jud.

              PROOF  OF  PROFOUND  ANIMOSITY

COHEN: That is not my signature on the Waiver.

TATUM:  Then I'll bring in a handwriting expert.
        (to prove I waive right to DUE PROCESS)

COHEN: It's my handwriting --- I simply refused to put my legal signature on it because I ~~did waived~~ did not waive my rights because I like ~~(am denmi~~ (continuously resident) in the US. [waiver must be voluntary and intentional]

A lawyer may not actively work against his client to hurt him, eliminate his fair defenses and cause me to lose this case.

5

Mr Tatum's claim made during the hearing that he had received a phone call from Mr Canedy AUSA informing Mr Tatum that the missing waiver had been found and

said he
Mr Canedy ^ would "send it across" to him is contradicted by the appearance on the document of a fax header that reads:

"09/15/2010  19:05  3639485383    VOORHIS  PAGE 01"

Documents 46-1 ExA   and   47-1 ExA.

Defendant alleges that Mr Tatum lied to the court.

This court will have tape-recording of the hearing.

6

## MOTION TO CONTINUE MOTIONS HEARING

I apologize to Your Honor.

Mr Griggs Unit manager refuses to provide or allow access to a typewriter.

If I complain, he will punish me.

COHEN v WAXMAN

My reply brief is due October 21 2010 — Case No 10-1283 10th Cr.

If Mr Tatum cannot be replaced, I elect under FARETTA v CALIFORNIA to proceed pro-se with ~~standby counsel~~ assistance of expert immigration counsel.

6

Please allow me 30 days
to file memorandum of Law
and points.

Respectfully submitted,

Date: 10-11-10    Signed:

SOLOMON B COHEN
#36792-013
FEDERAL DETENTION CENTER
9595 W. Quincy Ave
LITTLETON CO 80123

Case No. 1:10-cr-00091-REB   Document 65   filed 10/13/10   USDC Colorado   pg 8 of 8

SOLOMON B COHEN, #36792013
FEDERAL DETENTION CENTER
9595 W. QUINCY AVE
LITTLETON, CO 80123

CLERK OF THE COURT
UNITED STATES DISTRICT
901 19th St
      Room A-105
DENVER
CO 80294

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2010

GREGORY C. LANGHAM
                                    CLERK

LEGAL MAIL