IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No 10-cr-00091-REB

UNITED STATES OF AMERICA

Plaintiff

v

SOLOMON BEN-TOV COHEN

Defendant

2010 OCT 22 PM 12:20

GREGORY C. LANGHAM
CLERK

BY_____ DEP CLK

---

## MOTION FOR IMMEDIATE SANCTIONS AGAINST DEFENSE COUNSEL AND ALTERNATE REQUEST FOR AN EVALUATION

Defendant Solomon B Cohen moves this honorable court to grant the following:-

1. Deny motion filed on October 19 2010 by hostile counsel John S Tatum;

2. Order the motion stricken from the record - as it violates client-attorney privilege and is malicious;

3. Order John S Tatum to withdraw from this case.

TENTH CIRCUIT COURT OF APPEALS

Following the report written by forensic psychiatrist Dr Richard Martinez[*] and on his recommendation that Cohen continued to be prescribed Adderall (generic), Dr Zaki psychiatrist with approval of medical director Dr Garlick at GEO-ICE Detention facility, increased dose of Adderall from daily 20mg to 30mg in January 2010.

On this increased dose, COHEN has won his first appeal

— COHEN v LONGSHORE, 09-1563 (10th Cir. 2010) - see attached.

[*] Bates No 0224                    2

The maximum adult daily dose of Adderall is 40mg. Cohen's victory is due entirely to receiving more correct dose of Adderall.

Cohen wishes to thank Drs Zaki, Garlick and Martinez for their support.

## ALLEGATION OF GROSS MISCONDUCT

Mr Talum told Cohen that he had discussed Cohen's case at a social event with "senior USICE officials".

Mr COHEN alleges that Talum in return for money has offered to protect Mr Longshore and other

3

USICE officials from suit for monetary damages of around $1 Million*

Mr Tatum, since his appointment has developed an ever increasing amount of hostility and profound animosity towards COHEN, his client.

## POTENTIAL IMPACT OF TENTH CIRCUIT RULING ON THIS CRIMINAL PROSECUTION

This prosecution is based under the doctrine of equitable estoppel (USICE falsely imprisoned COHEN to deny Cohen's immigration lawyer any opportunity to file and present asylum evidence.

* $3,000 per day false imprisonment

4

Mr Tatun has :-

a) opposed COHEN receiving his psychiatrist recommended medication;

b) withheld ALL COHEN's pro-se legal paperwork so that COHEN would lose COHEN'S CLAXMAN 10 - 1283 in the 10th Circ through having no access to the record on Appeal;

c) lied to COHEN claiming that Mr Canedy had almost decided to dismiss this indictment and re-open cohen's immigration case (used as a pretext not to visit COHEN for over 3 months or file BAIL application;

d) colluded and collaborated with USCCE to as part of a conspiracy to cover-up misconduct — see Case No 09-cv - 01169-ZLW Cohen v Longshore, dismissal overturned.

5

Dr MARTINEZ'S DOUBTS    0923-0225

Dr Martinez was skeptical of COHEN's claim that USICG had kept him in custody for one year even though COHEN had paid his immigration bond.

— ~~see~~ Exhibits filed in COHEN - LONGSHORE 09-cv-01169-ZLW (D. Colo 2009) dismissal overturned on appeal 09-1563 (10th Cir.) 2010 establish These claims are unfortunately true, proven, actionable and not 'paranoid'.

COHEN respectfully asks that this court hire Dr Martinez to conduct an evaluation in place of Dr Kitei phD.

6

COHEN is unwilling to divulge any confidential ~~potentially~~ ~~incriminating~~ information to either Mr Tatum, Mr Voorhis or Mr Tatum's psychologist so-called expert, because of several demonstrable breaches of trust.

Cohen will never co-operate after new counsel selects more appropriate psychiatrist.

Cohen respectfully asks the court to grant this motion.

Dated: 10/20/10          Respectfully submitted,

B Cohen

57

Appellate Case: 09-1563   Document: 01018517479   Date Filed: 10/19/2010   Page: 1

FILED
United States Court of Appeals
Tenth Circuit

**PUBLISH**

October 19, 2010

UNITED STATES COURT OF APPEALS

Elisabeth A. Shumaker
Clerk of Court

TENTH CIRCUIT

---

SOLOMON BEN-TOV COHEN,

Plaintiff-Appellant,

v.

JOHN P. LONGSHORE; UNKNOWN
MAIL CLERK, El Paso County
Sheriff's Office,

Defendants-Appellees.

No. 09-1563

---

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
(D.C. No. 1:09-CV-01169-ZLW)**

---

Submitted on the briefs:[*]

Solomon Ben-Tov Cohen, pro se.

---

Before **KELLY**, **McKAY**, and **LUCERO**, Circuit Judges.

---

**McKAY**, Circuit Judge.

---

[*] After examining Plaintiff's brief and the appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore ordered submitted without oral argument.

Because the action was dismissed before service of process on the defendants, the defendants do not appear in this court on appeal.

8



SOLOMON B COHEN, #36792-013
FEDERAL DETENTION CENTER
9595 W. QUINCY AVE
LITTLETON, CO 80123

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
901 19th St
Room A-105
Denver
CO      80294

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2010

GREGORY C. LANGHAM
_____
CLERK

Purple Heart    USA 44

LEGAL MAIL        80294$ 560