

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

10-cr-91-REB
Released from custody
min ord dated 1/4/11
doc # 95

RTS
Unk Forwarding
Address

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2011

**GREGORY C. LANGHAM**
CLERK

CR

Solomon Ben-Tov Cohen
#36792-013
Federal Detention Center
9595 C
Little

NIXIE          802     DO 1          00 01/08/11

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250099       *0720-03878-04-43